HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LYNN ROBERT BREMMEYER,<br><br>Defendant. | NO. CR04-0293 TSZ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TRIAL DATE<br><br>**CLERK'S ACTION REQUIRED**<br>**NOTE ON MOTION CALENDAR:**<br>**September 2, 2005**<br>**Oral Argument Requested** |

THIS MATTER HAVING COME on/or before the Honorable Thomas S. Zilly, upon the application of Defendant Lynn Bremmeyer in this matter for an order continuing the pretrial motions deadline and the trial date, and the court having considered the records and files herein.

*[PROPOSED]* ORDER GRANTING
STIPULATED MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE AND
TRIAL DATE

**DOUGLAS HIATT**
ATTORNEY AT LAW
1218 THIRD AVENUE, SUITE #1800
SEATTLE, WASHINGTON 98101
(206) 262-9699 • FAX: (206) 622-3848

THE COURT HAVING FOUND that requiring defendant's counsel to meet the current motions cutoff deadline and trial date would deny counsel a reasonable time necessary for effective preparation, taking into consideration the exercise of due diligence, and that continuing the dates for pretrial motions and trial on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv).

IT IS HEREBY ORDERED that the pretrial motions deadline in this matter is continued from September 9, 2005, to December 9, 2005, and that the trial date is continued from November 7, 2005, to February 6, 2006.

IT IS FURTHER ORDERED that the period of time from the current trial date of November 7, 2005, until the new trial date of February 6, 2006, is excluded in calculating the time within which trial must begin under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

DATED this 6th day of September, 2005.

_____
THE HONORABLE THOMAS ZILLY

Presented by:
Defendant Bremmeyer, represented by:
s/ Douglas Hiatt
WSBA #21017
1218 Third Avenue, Suite 1800
Seattle, Washington 98101
Phone 206-262-9699
Fax 206-622-3848
douglas@surlaw.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE AND TRIAL DATE

**DOUGLAS HIATT**
ATTORNEY AT LAW
1218 THIRD AVENUE, SUITE #1800
SEATTLE, WASHINGTON 98101
(206) 262-9699 • FAX: (206) 622-3848