THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR04-293Z |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF CONTINUANCE |
| ) | |
| LYNN ROBERT BREMMEYER, ) | |
| ) | |
| Defendant. ) | |

The Court having reviewed the stipulated motion by the parties to continue the pretrial motions cutoff date and trial date for defendant and having reviewed the records and files herein makes the following findings and enters the following order:

1. Additional time is necessary for newly appointed defense counsel to fully review discovery and advise his client. The parties also require an opportunity to confer regarding a possible pretrial resolution and to prepare for trial, if necessary.

2. The government and defendant have requested and stipulate to a continuance and the defendant agrees to file a written waiver of speedy trial.

3. The Court finds that pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and Section 3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to June 26, 2006, outweigh the best interests of the public and the defendant in a speedy trial, in that, as set forth in the parties' stipulated motion, newly

Order to Continue Pretrial Motion Cutoff
and Trial Dates/Bremmeyer/CR.04-293Z — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

appointed counsel requires sufficient time to properly advise his client and prepare an appropriate defense.

IT IS HEREBY ORDERED that the pretrial motions cutoff date is continued from December 9, 2005, to May 26, 2006;

IT IS HEREBY ORDERED that the trial date for defendant is continued from February 6, 2006, to June 26, 2006.

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, Title 18, United States Code, Sections 3161-3164, the period of delay from February 6, 2006, up and to June 26, 2006, is excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(iv);

DATED this 23rd day of January, 2006.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

Presented by:

 /s Patricia C. Lally
PATRICIA C. LALLY
Assistant United States Attorney
WA Bar # 28910

Order to Continue Pretrial Motion Cutoff
and Trial Dates/Bremmeyer/CR.04-293Z — 2