1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

UNITED STATES OF AMERICA,

Plaintiff,

v.

LYNN BREMMEYER,

Defendant.

No. CR04-293Z

ORDER

15

16

17

18

19

20

21

22

        This matter having come before the undersigned Judge on the defendant's motion to continue the trial date and pretrial motion cutoff date and the Court having reviewed the files and records and having considered the Declaration of Counsel it is hereby ORDERED, ADJUDGED and DECREED that defendant's motion to continue is hereby GRANTED. The trial date is continued to September 18, 2006, and the pretrial motion's cutoff date is continued to August 1, 2006.

23

24

25

        IT IS FURTHER ORDERED that pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161, the period of delay from the date of this Order, until September 18, 2006, is excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(A)

26

ORDER  -1-

1  because the defendant requires more time to prepare for trial and the ends of justice served by

2  taking such action outweigh the best interest of the public and the defendant to a speedy trial.

3    IT IS SO ORDERED.

4    DATED this 22nd day of May, 2006.

5

6

7    _____
     Thomas S. Zilly
8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER   -2-