UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>LYNN BREMMEYER,<br><br>                    Defendant. | No. CR04-293Z<br><br>ORDER |

Defendant, Lynn Bremmeyer, having filed a motion to continue the trial date, docket no. 65, and the Court, having reviewed the motion and declaration of counsel, finds that a failure to grant the requested continuance would adversely affect his ability to defend himself, and taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A). The Court also finds that the ends of justice will be served by continuing the trial date and that a continuance is necessary to ensure effective trial preparation and the ability of the defendant to effectively assist his lawyer at trial, and these factors outweigh the best interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS HEREBY ORDERED, ADJUDGED and DECREED that defendant's motion to continue is hereby GRANTED. The Court hereby ORDERS that the trial date be continued from September 18, 2006, to December 4, 2006.

ORDER   -1-

It is ORDERED that the time between September 18, 2006, and December 4, 2006, shall be excluded in the computation of time under the Speedy Trial Act as to this defendant as this is a reasonable period of delay pursuant to 18 U.S.C. 3161(h).

IT IS SO ORDERED.

DATED this 21st day of August, 2006.

Thomas S. Zilly
United States District Judge

ORDER   -2-